G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
DANTE GALURA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE GALURA,<br><br>            Plaintiff,<br><br>    vs.<br><br>LEGAL RECOVERY LAW OFFICES; and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No.  3:13-cv-04805-JCS<br><br>**[PROPOSED] JUDGMENT ENTERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT LEGAL RECOVERY LAW OFFICES** |

    On November 27, 2013, Defendant served a Rule 68 Offer of Judgment on Plaintiff.  On December 11, 2013, Plaintiff filed a Notice of Acceptance of Defendant's Rule 68 Offer with the Court.  [Dkt # 6].

Accordingly, JUDGMENT is hereby entered in favor of Plaintiff, DANTE GALURA, and against Defendant, LEGAL RECOVERY LAW OFFICE, in the total sum of $1,000.00 to Plaintiff, and Plaintiff to be awarded reasonable attorney's fees and costs, to be mutually agreed upon by the parties, or if no agreement can be reached, to be determined by the Court in accordance with 15 U.S.C. § 1692k.

IT IS SO ORDERED.

Date:__1/16/14___          By:_____
                           Hon. United States District Court Judge
                                        Magistrate

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 15th day of January, 2014.

Hunter H. Hoestenbach, Esq.
501 W. Broadway, Suite A230
San Diego, CA 92101
Hunter@Hoestenbachlaw.com
*Attorney for Defendant*

                          By: /s/ G. Thomas Martin, III
                          G. Thomas Martin, III