G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
DANTE GALURA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE GALURA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LEGAL RECOVERY LAW OFFICES; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | **Case No. 3:13-cv-04805-JCS**<br><br>**NOTICE OF SETTLEMENT** |

　　　Plaintiff, DANTE GALURA, by and though his attorney, informs this Honorable Court that Plaintiff has settled his case with Defendant, LEGAL RECOVERY LAW OFFICES. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

1
2                                           RESPECTFULLY SUBMITTED,
3   DATED:  January 29, 2014               **PRICE LAW GROUP APC**
4
5                                           By: /s/ G. Thomas Martin, III
6                                                G. Thomas Martin, III
                                                 Attorney for Plaintiff
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28